IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LIBERTY MUTUAL FIRE INSURANCE COMPANY                    PLAINTIFF

V.                                    CIVIL ACTION NO. 1:17-CV-010-SA-DAS

FOWLKES PLUMBING, LLC, and
AMERICAN ZURICH INSURANCE COMPANY                        DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to the undersigned United States District Judge Sharion Aycock on January 23, 2017. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 15th day of February, 2017.

                                             /s/ Sharion Aycock
                                             **U.S. DISTRICT JUDGE**