IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, as subrogee of Chickasaw
County School District     PLAINTIFF

V.     CAUSE NO. 1:17cv10-GHD-DAS

FOWLKES PLUMBING, LLC, QUALITY
HEAT & AIR, INC., SULLIVAN ENTERPRISES,
INC. and AMERICAN ZURICH INSURANCE
COMPANY     DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT, AMERICAN ZURICH INSURANCE COMPANY

This cause having come before the Court on the joint motion of the parties for an Agreed Final Judgment of Dismissal with Prejudice as to the claims of Plaintiff, Liberty Mutual Fire Insurance Company (hereinafter "Liberty Mutual"), against Defendant, American Zurich Insurance Company (hereinafter "American Zurich"), and the Court, being advised in the premises and having found that Liberty Mutual's claims against American Zurich have been fully and completely compromised and settled, finds that this motion is well taken and should be and is hereby granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff, Liberty Mutual Fire Insurance Company's, claims against Defendant, American Zurich Insurance Company, shall be and are hereby dismissed with prejudice, with the parties to bear their own costs.

**IT IS SO ORDERED AND ADJUDGED**, this the 18th day of December, 2017.

_____
SENIOR JUDGE

AGREED:

*/s/Albert S. Nalibotsky*
Albert S. Nalibotsky
Jay M. Goldstein
Saltz Matkov PC
One Morrocroft Centre
6805 Morrison Blvd., Suite 470
Charlotte, North Carolina 28211

Lana E. Gillon
Wells Marble & Hurst, PLLC
300 Concourse Blvd. Suite 200
Ridgeland, Mississippi 39157

*Counsel for Liberty Mutual Fire Insurance Company*


*/s/Joseph W. Gill*
Edward J. Currie, Jr.
William H. Creel, Jr.
Joseph W. Gill
Currie Johnson & Myers, P.A.
1044 River Oaks Dr. (39232)
Post Office Box 750
Jackson, Mississippi 39205

*Counsel for American Zurich Insurance Company*