# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**  **PLAINTIFF**

V.  Civil No. 1:17-cv-00010-GHD-DAS

**FOWLKES PLUMBING, LLC, QUALITY
HEAT & AIR, INC., and SULLIVAN ENTERPRISES, INC.**  **DEFENDANTS**

## ORDER GRANTING MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL

In accordance with the memorandum opinion issued this date, the Court **ORDERS** that:

1. Defendants motion for certification for interlocutory appeal [127] is **GRANTED**;

2. The Court's prior orders denying Defendants' motion for summary judgment [114] and motion for reconsideration [125] is are certified for interlocutory appeal.

**SO ORDERED**, this, the 2nd day of May, 2018.

_____
SENIOR U.S. DISTRICT JUDGE

1