# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

No. 18-90021

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Plaintiff - Respondent

v.

FOWLKES PLUMBING, L.L.C.; QUALITY HEAT & AIR, INCORPORATED; SULLIVAN ENTERPRISES, INCORPORATED,

Defendants - Petitioners

Motion for Leave to Appeal
from an Interlocutory Order

Before DAVIS, OWEN, and ENGELHARDT, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the Respondent's motion to dismiss petition for permission to appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the Respondent's motion to certify question to the Supreme Court of Mississippi is DENIED as moot.

IT IS FURTHER ORDERED that the Petitioners' motion for leave to appeal from the interlocutory order of the United States District Court for the Northern District of Mississippi, entered on May 7, 2018 is DISMISSED.

IT IS FURTHER ORDERED that the Petitioners' motion to certify question to the Supreme Court of Mississippi is DISMISSED as moot.

IT IS FURTHER ORDERED that Respondent's motion to strike Petitioners' reply to Respondent's response is DENIED.

**A True Copy**
**Certified order issued Jun 06, 2018**

Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 06, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 18-90021 Liberty Mutual Fire Insurance v. Fowlkes Plumbing, L.L.C., et al
USDC No. 1:17-CV-10

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Connie Brown, Deputy Clerk
504-310-7671

Mr. Marc A. Biggers
Mr. Robert Lane Bobo
Mr. Steven Cavitt Cookston
Mr. David Crews
Ms. Lana E. Gillon
Mr. Jay Mark Goldstein
Mr. Brian A. Hinton
Mr. Samuel Clayton Kelly Sr.
Mr. Richard Thurman Lawrence
Mr. Albert Sanford Nalibotsky
Mr. Thomas McIlwain Wright Jr.