UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LIBERTY MUTUAL FIRE INSURANCE COMPANY                    PLAINTIFF

V.                                          Civil Action No. 1:17-cv-010-GHD-DAS

FOWLKES PLUMBING, LLC, QUALITY
HEAT & AIR, INC., and SULLIVAN ENTERPRISES, INC.         DEFENDANTS

## ORDER ADMINISTRATIVELY CLOSING CASE

After this Court's summary judgment ruling in July 2018, the Defendants filed an interlocutory appeal to the Fifth Circuit Court of Appeals. This Court subsequently stayed this case pending the outcome of the Defendants' appeal [163]. The Court now administratively closes this case pending the resolution of the interlocutory appeal. This case will be reopened after notice on the docket that the appeal is resolved.

Accordingly, the Court orders that this case be ADMINSTRATIVELY CLOSED as of today's date.

THIS, the 11 day of February, 2020.

_____
SENIOR U.S. DISTRICT JUDGE